**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **MARIA DE LA TORRE,** | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| **v.** | ) | **No.** | **18 cv 4487** |
| | ) | | |
| **FEDERAL-MOGUL MOTORPARTS** | ) | | |
| **LLC f/k/a Federal-Mogul Motorparts** | ) | | |
| **Corporation,** | ) | | |
| **Defendant.** | ) | | |

**<u>AGREED STIPULATION TO DISMISS</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their

respective counsel that the above-captioned action is voluntarily dismissed, with prejudice,

pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and without costs or attorney's

fees awarded to any party.


Respectfully Submitted,


Maria De La Torre                                        Federal-Mogul Motorparts LLC

s/ Anthony J. Peraica                                   s/ Daniel A. Kaufman "with consent"
Anthony J. Peraica & Associates, Ltd.        Michael Best & Friedrich LLP
5130 S. Archer Avenue                              444 W. Lake St., Suite 3200
Chicago, IL 60632                                      Chicago, IL 60606